Phillip J. Haberthur, WSBA #38038
E-mail: philh@landerholm.com
Joseph Vance, WSBA #25531
E-mail: joe.vance@landerholm.com
Jason M. Rosenbaum, WSBA #61903
E-mail: jason.rosenbaum@landerholm.com
Landerholm, P.S.
805 Broadway Street, Suite 1000
Vancouver, WA  98660
Telephone:  (360) 696-3312

Brad E. Smith, WSBA #16435
E-mail: brads@feltmanewing.com
Feltman Ewing P.S.
421 W. Riverside Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 838-6800

Of Attorneys for Plaintiffs

The Honorable David G. Estudillo

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| DALE AND LETA ANDERSON, HUSBAND AND WIFE; AND AS TRUSTEES FOR THE ANDERSON FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | Case No. 3:20-CV-05119-JRC<br><br>**PRETRIAL ORDER** |

## JURISDICTION

Jurisdiction is vested in this court by virtue of 28 U.S.C. § 1332 because the instant dispute is between citizens of different states, and the amount in controversy is over $75,000.

**PROPOSED PRETRIAL ORDER -** 1
ANDD02-000037 – 6598897.3

LANDERHOLM, P.S.
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA  98666
T: 360-696-3312 • F: 360-696-2122

## CAUSES OF ACTION

Plaintiffs will pursue at trial the following claims: (a) Defendant's breach of its duty to act in good faith as an insurer; (b) Defendant's negligence; and (c) Defendant's violation of the Washington Consumer Protection Act.

## ADMITTED FACTS

The following facts are admitted by the parties:

1. Plaintiffs, Dale and Leta Anderson, are a married couple who owned and managed several apartment buildings, including the Allwood Apartments.

2. Prior to 1997, Plaintiffs acquired multiple insurance policies from State Farm Fire & Casualty Company. These included (1) a liability policy, F-98-767693-5 with a $1 million limit specifically covering the Allwood Apartments and (2) a $2 million Personal Umbrella Liability Policy ("PLUP"), 47-93-2876-4, which provided the Plaintiffs with $2 million in coverage in excess of their homeowners and auto coverage but which did not cover businesses liabilities such as the Allwood Apartments.

3. In 1997, an incident occurred at the Allwood Apartments when Angelica Trejo, a two-year-old, fell approximately 10 feet from a second-floor walkway. In 2003, the Andersons received a notice of representation from a personal injury attorney representing Angelica named Peggy Foraker. The Andersons forwarded the notice to State Farm where adjuster Carol Funk was assigned to the claim.

4. Ms. Funk took certain steps to investigate the claim against the Andersons and spoke to Ms. Foraker on the phone on one occasion in April of 2022. Ms. Funk and Ms. Foraker exchanged correspondence, shortly after the phone call.

5. Ms. Foraker claimed in a fax to Ms. Funk that the child's brain injuries were so severe that she valued the case in excess of $1 million. Ms. Funk provided copies of the communications with Ms. Foraker to the Andersons.

PROPOSED PRETRIAL ORDER - 2
ANDD02-000037 – 6598897.3

LANDERHOLM, P.S.
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA 98666
T: 360-696-3312 • F: 360-696-2122

6. Ms. Foraker filed a lawsuit against the Andersons in 2017, shortly before the expiration of the statute of limitations. Plaintiffs, Defendant and the Trejo family eventually agreed to a $2 million settlement, with Defendant and Plaintiffs each contributing $1 million.

## ISSUES OF LAW

The following are the issues of law to be determined by the court:

1. Were Francis Strobeck and Terry Cornelius agents of State Farm Fire & Casualty Company as a matter of statute under RCW 48.17.010 and/or RCW 48.17.270?

2. Is Defendant estopped from arguing that Francis Strobeck and Terry Cornelius were not agents of State Farm Fire & Casualty Company?

3. Did Francis Strobeck and Terry Cornelius have apparent authority as agents to act on behalf of State Farm Fire & Casualty Company?

4. Does Defendant have a basis to have a jury instruction read regarding Francis Strobeck's and Terry Cornelius's status as independent contractors of State Farm Fire & Casualty Company?

5. Do Plaintiffs have a basis for alleging that State Farm Fire & Casualty Company is vicariously liable for negligence through the conduct of Francis Strobeck?

## EXPERT WITNESSES

(a) Each party shall be limited to one expert witness on the issue of whether State Farm Fire & Casualty Company's claim handling practices, with regard to Dale and Leta Anderson's insurance claim at issue, conform and adhere to general applicable insurance industry practices and standards, including general applicable practices and standards with respect to document retention.

(b) The names and addresses of the expert witnesses to be used by each party at the trial and the issue upon which each will testify is:

PROPOSED PRETRIAL ORDER - 3
ANDD02-000037 – 6598897.3

LANDERHOLM, P.S.
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA 98666
T: 360-696-3312 • F: 360-696-2122

(1) On behalf of Plaintiffs, Danette K. Leonhardi, Principal Consultant of Puget Sound Claim Consulting, whose address is 3625 Fremont North, #407, Seattle, WA 98103.

(2) On behalf of Defendant, Dennis Smith, whose address is 4800 Fremont Ave N. #202, Seattle, WA 98103.

**OTHER WITNESSES**

(a) On behalf of Plaintiffs:

| WITNESS | SUBJECT MATTER | STATUS |
|---|---|---|
| Dale Anderson | Mr. Anderson will testify regarding his interactions with State Farm and the settlement of Angelica Trejo's lawsuit. | Will testify |
| Leta Anderson | Mrs. Anderson will testify regarding her interactions with State Farm and the settlement of Angelica Trejo's lawsuit. | Will testify |
| Peggy Foraker | Ms. Foraker will testify via her video deposition. | Will testify |
| Carol Funk | Ms. Funk will testify regarding her investigation and interactions with the Andersons. | Will testify |
| Steven McAlister | Mr. McAlister will testify regarding State Farm's handling of the claim. | Will testify |
| Richard Steward | Mr. Steward may testify regarding his supervision of Ms. Funk. | Possible witness only |

(b) On behalf of Defendants:

| WITNESS | SUBJECT MATTER | |
|---|---|---|
| Carol Funk | Ms. Funk will testify regarding her handling of the subject claim between 2003 and 2006. | Will testify |
| Dale Anderson | Mr. Anderson will testify regarding his interactions with State Farm agents and Carol Funk. | Will testify |
| Peggy Foraker | Ms. Foraker will testify by video regarding her interactions with State Farm and her reasons for failing to engage in settlement negotiations. | Will testify |
| Steve McAlister | Mr. McAlister may testify regarding State Farm's handling of the claim after 2006. | Possible witness only |

PROPOSED PRETRIAL ORDER - 4
ANDD02-000037 – 6598897.3

LANDERHOLM, P.S.
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA  98666
T: 360-696-3312 • F: 360-696-2122

# EXHIBITS

| Plaintiffs' Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex # | Description | Authenticity | Admissibility | Objection | Admitted |
| 1. | Apartment Claim File Adjustor notes from 2003-2006 (SF_APTCLAIM_000161-168) | Stipulated | Stipulated | | Admitted |
| 2. | Foraker Letter Initial Notice of Claim dated 1-23-03 (SF_APTCLAIM_00 3599) | Stipulated | Stipulated | | Admitted |
| 3. | Facsimile from Peggy Foraker to State Farm Insurance dated 4-22-03 | Stipulated | Stipulated | | Admitted |
| 4. | Letter from Funk to Foraker dated 4-22-03 (SF_APTCLAIM_003616) | Stipulated | Stipulated | | Admitted |
| 5. | Letter from State Farm to Peggy Foraker dated 4-23-03 (SF_APTCLAIM_003619-3620) | Stipulated | Stipulated | | Admitted |
| 6. | Letter from Carol Funk to Dale and Leta Anderson dated 5-30-03 (Foraker Exhibit 6, SF_APTCLAIM_003623) | Stipulated | Stipulated | | Admitted |
| 7. | Code Violation Notice from City of Vancouver to Dale and Leta Anderson dated 4-30-03 (Foraker Ex. 7, SF_APTCLAIM_002569) | Stipulated | Stipulated | | Admitted |
| 8. | Letter from Carol Funk to Dale and Leta Anderson dated 11-19-04 (Foraker Exhibit 9, SF_APTCLAIM_003626) | Stipulated | Stipulated | | Admitted |
| 9. | Letter from Carol Funk to Dale and Leta Anderson dated 2-1-06 re: closing of file (Foraker Exhibit 10, SF_APTCLAIM_003603) | Stipulated | Stipulated | | Admitted |
| 10. | Cover (SFPAPERCLAIM_000001) | Stipulated | Stipulated | | Admitted |
| 11. | Carol Funk Progress Report dated 7-28-03 (SF_PAPERCLAIM000011) | Stipulated | Stipulated | | Admitted |
| 12. | Carol Funk Progress Report dated 6-16-03 and Mark Sawyer claim management comment dated 6-23-03 (SF_PAPERCLAIM000013) | Stipulated | Stipulated | | Admitted |
| 13. | Carol Funk Progress Report dated 6-03-03 (SF_PAPERCLAIM000016) | Stipulated | Stipulated | | Admitted |
| 14. | Memo from Carol Funk dated 4-18-03 summarizing meeting with Anderson's employees (SF_PAPERCLAIM00064) | Stipulated | Stipulated | | Admitted |

**PROPOSED PRETRIAL ORDER -** 5
ANDD02-000037 – 6598897.3

LANDERHOLM, P.S.
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA  98666
T: 360-696-3312 • F: 360-696-2122

| | | | | | |
|---|---|---|---|---|---|
| 15. | Operations Guide introduction page (ANDDA00000219PROD) | Stipulated | Stipulated | | Admitted |
| 16. | ClaimsNet: Our Commitment to Our Policyholders (ANDDA00000456PROD) | Stipulated | Stipulated | | Admitted |
| 17. | Operations Guide 76-05, Claim Handling Procedures (ANDDA00000403PROD-00000433PROD) | Stipulated | Stipulated | | Admitted |
| 18. | Operations Guide 74-20, Coverage Questions (ANDDA00000331PROD-00000337PROD) | Stipulated | Stipulated | | Admitted |
| 19. | Operations Guide 74-21, Statements (ANDDA00000397PROD-00000401PROD) | Stipulated | Stipulated | | Admitted |
| 20. | Operations Guide 70-24, Excess Liability Procedure (ANDDA00000176PROD-00000196PROD) | Stipulated | Stipulated | | Admitted |
| 21. | Carol Funk Performance Review dated 4-6-04 (Funk Exhibit 1, ANDDA00001269PROD-00001280PROD) | Stipulated | Stipulated | | Admitted |
| 22. | Carol Funk Performance Review dated 3-31-05 (Funk Exhibit 2, ANDDA00001291PROD-00001304PROD) | Stipulated | Stipulated | | Admitted |
| 23. | Carol Funk Performance Review dated 3-21-06 (Funk Exhibit 3, ANDDA00001281PROD-00001290PROD) | Stipulated | Stipulated | | Admitted |
| 24. | Apartment Policy – Special Form 3 (SF_PLUPCLAIM_000202 - 236) | Stipulated | Stipulated | | Admitted |
| 25. | Cover Letter from Jay Stahnke to Zachary Stoumbos dated 7-11-18 with Personal Liability Umbrella Policy (PLUP) and Endorsements. (McAlister Exhibit 10) | Stipulated | Stipulated | | Admitted |
| 26. | State Farm Commercial Liability Umbrella Policy (McAlister Exhibit 7) | Stipulated | Stipulated | | Admitted |
| 27. | Letter re: Pre-Trial Analysis Plan from Elisha S. Smith to Steve McAlister dated 10-18-18 (SF_APTCLAIM_000504-512) | Stipulated | Stipulated | | Admitted |
| 28. | Pre-Trial Report dated 10-24-18 (SF_APTCLAIM_000133) | Stipulated | Stipulated | | Admitted |
| 29. | Anjelica Trejo v. Dale Anderson et al. Complaint Filed 2-24-17 | Stipulated | Stipulated | | Admitted |

**PROPOSED PRETRIAL ORDER -** 6
ANDD02-000037 – 6598897.3

LANDERHOLM, P.S.
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA  98666
T: 360-696-3312 • F: 360-696-2122

| # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 30. | Letter from Richard J. Konkol MD., Ph.D. to Stephen C. Hendricks re: Angelica Trejo cognitive disabilities dated 7-16-18 | Stipulated | Stipulated | | Admitted |
| 31. | Settlement Agreement and Release of Claims dated 11-30-18 | Stipulated | Stipulated | | Admitted |
| 32. | Check dated 12-3-18 from Leta Anderson, $1 Million paid to the order of Hendricks Law Firm P.C. Trust Account (SF_APTCLAIM_001148) | Stipulated | Stipulated | | Admitted |
| 33. | State Farm Agent's Agreement (McAlister Exhibit 2) | Stipulated | Stipulated | | Admitted |
| 34. | Terry L. Cornelius Signed Acceptance of Agreement. (McAlister Exhibit 3, ANDDA00000926PROD) | Stipulated | Stipulated | | Admitted |
| 35. | Original Apartment Policy Application by Anderson (McAlister Exhibit 4, ANDDA00000055PROD-00000060PROD) | Stipulated | Stipulated | | Admitted |
| 36. | PLUP Application (McAlister Exhibit 5) | Stipulated | Stipulated | | Admitted |
| 37. | Anderson 1994 request to raise limit on umbrella policy to $2 Million (McAlister Exhibit 6) | Stipulated | Stipulated | | Admitted |

| **Defendant's Exhibits** | | | | | |
|---|---|---|---|---|---|
| Ex # | Description | Authenticity | Admissibility | Objection | Admitted |
| 101 | Funk Letter to Foraker dated 05/30/2003 (SF_APTCLAIM_003622) | Stipulated | Stipulated | | Admitted |
| 102 | Funk Letter to Andersons dated 07/28/2003 (SF_APTCLAIM_003624) | Stipulated | Stipulated | | Admitted |
| 103 | Letter to Funk from City of Vancouver 04/28/2003 (SF_APTCLAIM_00017-18) | Stipulated | Stipulated | | Admitted |
| 104 | Request for 911 Call Information 04/23/2003 (SF_PAPERCLAIM_00077-78) | Stipulated | Stipulated | | Admitted |
| 105 | Funk letter to Andersons 04/21/2003 (SF_PAPERCLAIM_00047) | Stipulated | Stipulated | | Admitted |
| 106 | Funk letter to Mannings 04/07/2003 (SF_PAPERCLAIM_00067) | Stipulated | Stipulated | | Admitted |
| 107 | Funk letter to Andersons 04/07/2003 (SF_PAPERCLAIM_00068) | Stipulated | Stipulated | | Admitted |
| 108 | Funk letter to Foraker 04/03/2003 (SF_PAPERCLAIM_00069) | Stipulated | Stipulated | | Admitted |

PROPOSED PRETRIAL ORDER - 7
ANDD02-000037 – 6598897.3

LANDERHOLM, P.S.
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA  98666
T: 360-696-3312 • F: 360-696-2122

| | | | | | |
|---|---|---|---|---|---|
| 109 | Renewal Certificate PLUP_POLICY (ANDERSON_000277) | Stipulated | Stipulated | | Admitted |
| 110 | Carol Funk Site Photos (SF_APTCLAIM_006479-6486) | Stipulated | Stipulated | | Admitted |
| 111 | ER Chart Notes 12/10/97 (AT_00198-99; Exh. 7 to Jolstad Deposition) | Stipulated | Stipulated | | Admitted |
| 112 | Elisha S. Smith Initial Report to State Farm July 18, 2017 (SF_APTCLAIM_003384-003397) | Stipulated | Stipulated | | Admitted |

## DEPOSITION DESIGNATIONS

Pursuant to LCR 32(e), Plaintiffs' highlights of the transcript of the deposition of Peggy Foraker taken on June 25, 2021, are annexed hereto as **Exhibit "A"**.

Pursuant to LCR 32(e), Defendant's highlights of the transcript of the deposition of Dale Anderson taken on June 22, 2021, are annexed hereto as **Exhibit "B"**.

**PROPOSED PRETRIAL ORDER -** 8
ANDD02-000037 – 6598897.3

LANDERHOLM, P.S.
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA 98666
T: 360-696-3312 • F: 360-696-2122

## ACTION BY THE COURT

(a) This case is scheduled for trial before a jury on May 6, 2024, at 9:00 a.m.

(b) Trial briefs, jury instructions, and suggested questions to be asked of the jury by the court on voir dire have already been submitted by the parties.

This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by a subsequent order. This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this 1st day of May, 2024.

David G. Estudillo
United States District Judge

FORM APPROVED

*/s/ Joseph Vance*
PHILLIP J. HABERTHUR, WSBA #38038
JOSEPH VANCE, WSBA #25531
JASON M. ROSENBAUM, WSBA #61903
*Of Attorneys for Plaintiffs Dale and Leta Anderson*

*/s/ Daniel L. Syhre*
DANIEL L. SYHRE, WSBA #31458
*Of Attorneys for Defendant State Farm Fire and Casualty Company*

**PROPOSED PRETRIAL ORDER -** 9
ANDD02-000037 – 6598897.3

LANDERHOLM, P.S.
805 Broadway Street, Suite 1000
PO Box 1086
Vancouver, WA 98666
T: 360-696-3312 • F: 360-696-2122